THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
CHARLES HENDERSON and ANGELO CIRRITO, Appellants.

Submitted March 6, 1942; decided March 11, 1942.

*James L. Kelly, District Attorney,* for motion.
No one opposed.
Motion granted and appeal dismissed.